

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00133-CV

---

JANINE CHARBONEAU, APPELLANT

V.

F & M PROPERTIES, INC. AND/OR F & M PROPERTIES, L.L.C, FAZEL RAHMANI,
INDIVIDUALLY AND AS PRESIDENT OF F & M PROPERTIES, INC. (OR F & M
PROPERTIES, L.L.C. OR BOTH), CYNTHIA D. CREWS (ALIAS DENYSE CREWS), D &
A WASTE SERVICES, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN
DOE 5, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11,
JOHN DOE 12, JOHN DOE 13, JOHN DOE 14, JOHN DOE 15, JOHN DOE 16, JANE
DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JOHN DOE 17, APPELLEES

---

On Appeal from the 16th District Court
Denton County, Texas
Trial Court No. 23-3701-16, Honorable Sherry Shipman, Presiding

---

July 1, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Janine Charboneau, appeals from the trial court's *Order of Dismissal for Want of Prosecution*.[1]  Appellant's brief was due May 30, 2025, but was not filed.  By

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

letter of June 6, 2025, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by June 16. To date, Appellant has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss his appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam